IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINA SPIGARELLI, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-1938 |
| v. | : | |
| TARGET CORPORATION, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 25th day of October, 2012, it is hereby ORDERED as follows:

1. Plaintiff's Motion to File Supplemental Authority is GRANTED;

2. Defendant's Motion for Summary Judgment (Dkt. No. 18) is DENIED; and

3. A telephone status conference call shall take place on Tuesday, November 6, 2012 at 2:30 p.m., to be initiated by Plaintiff's counsel.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II      J.